1
2
3
4
5

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMAS     ,  ) | Case No.: 1:12-at-00136 |
| ) | |
| ) | **ORDER ON APPLICATION TO** |
| Plaintiff,  ) | **PROCEED IN FORMA PAUPERIS** |
| ) | |
| v.  ) | |
| ) | (Doc. 3) |
| MICHAEL J. ASTRUE,  ) | |
| Commissioner of Social Security,  ) | |
| ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| _____) | |

On March 7, 2012, Plaintiff Steve Thomas ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. (Docs. 1, 3.)   The Court determined that Plaintiff's application to proceed *in forma pauperis* failed to provide any response to Question 2b as required.  As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a revised application to proceed *in forma pauperis* within ten (10) days of the date of this order.

IT IS SO ORDERED.

**Dated:    March 8, 2012**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE