# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-at-00136<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket Nos. 3, 6) |

Plaintiff Steve Thomas ("Plaintiff") filed a complaint on March 7, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.) On March 8, 2012, the Court issued an order requesting additional information regarding the application to proceed *in forma pauperis*. (Doc. 5.) On March 14, 2012, Plaintiff filed an amended motion to proceed *in forma pauperis* addressing the Court's concerns. (Doc. 6.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   March 14, 2012**               /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE