# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMAS, | ) Case No.: 1:12-at-00136 |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Docket Nos. 3, 6) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Plaintiff Steve Thomas ("Plaintiff") filed a complaint on March 7, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3.)  On March 8, 2012, the Court issued an order requesting additional information regarding the application to proceed *in forma pauperis*.  (Doc. 5.)  On March 14, 2012, Plaintiff filed an amended motion to proceed *in forma pauperis* addressing the Court's concerns.  (Doc. 6.)  Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   March 14, 2012**                          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE