BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: sundeep.patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMAS, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. CV F 12-00389 <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS STIPULATED by and between plaintiff Steve Thomas ("Plaintiff") and defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Disability Adjudication and Review will remand the case to an Administrative Law Judge (ALJ) and direct him to further consider and evaluate the claimant's lumbar back impairment; evaluate the claimant's impairments under specific Listings at step 3; reassess the claimant's RFC, evaluating the medical source opinions, including

but not limited to rheumatologist Raul Romea, M.D., and providing reasons for the weight given to these opinions; provide appropriate findings at step 4 in accordance with SSR 82-62; if necessary and available, obtain ME testimony regarding the nature and severity of the claimant's impairments and limitations that could reasonably result from such impairments; and if necessary and warranted, obtain VE testimony.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: September 11, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ *Sundeep R. Patel*

SUNDEEP R. PATEL
Special Assistant U.S. Attorney
Attorney for Defendant

FARLING, ROCKWELL, KELLY & DUARTE

Dated: September 11, 2012    By  /s/ *Sengthiene Bosavanh*

*Via e-mail authorization on 09-05-2012

SENGTHIENE BOSAVANH
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

**Dated:   September 11, 2012**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE