1    Sengthiene Bosavanh, Esq. #24980
     Milam Law, Inc.
2    330 N. Fulton Street
     Fresno, CA 93701
3    (559) 264-2800
     Fax: 559-264-2822
4

5    Attorney for Plaintiff, Steve Thomas

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR

9                       THE EASTERN DISTRICT OF CALIFORNIA

10                                **FRESNO DIVISION**

11

12   **STEVE THOMAS**,                    )
                                          )
13            Plaintiff,                  )        Civil Action No.  1:12-CV-00389-LJO-SMS
                                          )
14                                        )        **AMENDED STIPULATION AND**
     vs.                                  )        **ORDER SETTLING ATTORNEY'S**
15                                        )        **FEES PURSUANT TO THE EQUAL**
                                          )        **ACCESS TO JUSTICE ACT, 28 U.S.C.**
16   **MICHAEL ASTRUE**,                  )        **§ 2412(d)**
     COMMISSIONER OF SOCIAL               )
17   SECURITY,                            )
                                          )
18            Defendant.                  )
     _____ )
19

20          IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel

21   that, subject to the approval of the Court, Plaintiff be awarded attorney fees under the

22   Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Three Thousand Nine

23   Hundred Fifty-Nine Dollars and Forty Cents ($3,959.40) ($3,900.00 for Attorneys fees and $59.40 for

24   Expenses). This amount represents compensation for all legal services rendered on behalf of Plaintiff

25   by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

26          After the Court issues an Order for EAJA Fees and expenses to Plaintiff, the government will

27   consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.

28

                                             1

1   Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to

2   honor the assignment will depend on whether the fees and expenses are subject to any offset allowed

3   under the United States Department of Treasury's Offset Program.  After Order for EAJA fees and

4   expenses is entered, the government will determine whether they are subject to any offset.

5
        Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

6   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

7   the fees and expenses to be made directly to attorney Sengthiene Bosavanh, pursuant to the

8   assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel.

9
10       This stipulation constitutes a compromise settlement of Plaintiffs request for EAJA attorney

11  fees, and does not constitute an admission of liability on the part of Defendant under the

12  EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all

13  claims that Plaintiff, and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses

14
    in connection with this action.

15
16       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

17  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

18                              Respectfully submitted,

19  Dated: January 2, 2013        /s/ Sengthiene Bosavanh
20                                (As authorized via email)
                                  SENGTHIENE BOSAVANH
21                                Attorney for Plaintiff

22  Date: January 2, 2013         BENJAMIN B. WAGNER
                                  United States Attorney
23
24                                /s/ Sundeep Patel
                                  Sundeep Patel, Esq.
25                                Special Assistant U.S. Attorney

26                                Attorneys for Defendant

27

28

                                      2

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees

3

in the amount of THREE THOUSAND, NINE-HUNDRED FIFTY NINE DOLLARS AND FORTY

4

CENTS ($3959.40), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

5

above-referenced Stipulation.

6

7

8

9

IT IS SO ORDERED.

10

**Dated:    January 2, 2013**                    /s/ Sandra M. Snyder

11                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3